IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAHZAR PASHA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv819-D |
| | )           (WO) |
| SCOTT MIDDLEBROOKS, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered herein on October 26, 2005, said Recommendation is hereby adopted, and it is

CONSIDERED and ORDERED that the petition for habeas corpus relief be and the same is hereby DENIED and that is case be and the same is hereby DISMISSED without prejudice to afford Petitioner an opportunity to exhaust his administrative remedies in accordance with the procedures established by the Bureau of Prisons.

DONE this 15th day of November, 2005.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE