IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAHZAR PASHA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv819-D |
| | )              (WO) |
| SCOTT MIDDLEBROOKS, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

Before the court is the Recommendation of the Magistrate Judge, filed October 26, 2005, and Petitioner's objection filed December 13, 2005.  After careful CONSIDERATION thereof and upon an independent review of the file in this case, it is ORDERED as follows:

1. Petitioner's Objection be and the same is hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

3. the above-styled cause be and the same is hereby DISMISSED without prejudice to afford Petitioner an opportunity to exhaust his administrative remedies in accordance with the procedures established by the Bureau of Prisons.

DONE this 18th day of January, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE